### SALADINO v. STATE.
### No. 21485.

Court of Criminal Appeals of Texas.
March 12, 1941.

R. L. Wade and James MacNicoll, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the district court of Dallas County on a charge of arson, and his punishment assessed at two years in the penitentiary.

The proceedings appear regular. No statement of facts or bills of exception are presented and there is nothing for this court to review.

The judgment of the trial court is affirmed.